**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2657**

---

PAMELA A. KILLIAN,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-97-97-5-V)

---

Submitted: April 13, 1999          Decided: April 30, 1999

---

Before ERVIN, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Walter B. Patterson, LEWIS & PATTERSON, Statesville, North Carolina; Phil M. Teague, TEAGUE & CARPENTER, Statesville, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Joseph L. Brinkley, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pamela Killian appeals the district court's order granting summary judgment in favor of the Commissioner of Social Security on Killian's claim of disability under the Social Security Act.  See Killian v. Apfel, No. CA-97-97-5-V (W.D.N.C. Sept. 30, 1998).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Killian fails to show that the decision of the Administrative Law Judge ("ALJ") was not supported by substantial evidence.  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED